UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
******************************

VICKI J. SWANSON, for/on behalf of
J.M.C.S., a minor child,

                    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                    Defendant.

Civil Action No. 5:06-cv-00097
FJS-GJD

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

******************************

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $7,500.00 in fees, in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA,

AND, the Court having reviewed the record in this matter;

IT IS on this 5th day of June, 2009;

ORDERED that plaintiff be awarded fees and costs under EAJA in the amount of $7,500.00 in fees and that payment be made directly to Legal Services of Central New York pursuant to an assignment of EAJA fees signed by plaintiff.

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: June 3, 2009

By: s/Ellen E. Sovern
Ellen E. Sovern
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
Attorney for Defendant

Dated: June 2, 2009

By: s/Christopher Cadin
Christopher Cadin (505497)
Legal Services of Central NY, Inc.
472 S. Salina St. Suite 300
Syracuse, NY 13202
Attorney for Plaintiff