# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT ON ATTORNY FEES

**VICKI J. SWANSON**
on behalf of J.M.C.S., a minor child

    vs.                      **CASE NUMBER: 5:06-CV-97 (FJSGJD)**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Gustave J. DiBianco and the Objections filed in this action have been considered and the Court rules that the Commissioner's decision is VACATED and the Complaint is REMANDED to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for a hearing to reconsider Plaintiff's disability claim.  Further Ordered that Attorney Fees and Costs are awarded pursuant to the Equal Access to Justice Act in the amount of $7,500.00 and will be payable directly to Legal Services of Central New York.

All of the above pursuant to the Orders of the Honorable Judge Frederick J. Scullin, Jr., dated the 5/13/2009 and 6/5/2009.

DATED: June 5, 2009

                                              Clerk of Court

                                              s/

                                              Joanne Bleskoski
                                              Deputy Clerk